83,228-03

Date: December 11, 2015

William Hayward Freeman, Sr.
T.D.C.J.-CID No: 1878813
Allen B. Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

Re: Cause No 1322259A-WR-83,228-03
Styled In Re: William Hayward Freeman, Sr.

Clerk for the Court of Appeal
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Dear Mr. Abel Acosta,

On 12/09/15; I recieved your card, stating that you had recieved my application for 11.07 Writ of Habeas Corpus on 11/30/2015. I am writing because I want to understand, what I don't understand, and that is how can the court make a decision without my court appointed attorney, Mr. Thomas A. Martin, D.N.A data base mixture interpretation investigation?
Did the courts conduct a hearing upon D.N.A. testing for evidence? If so could you inform me of their results? Though I was appointed an attorney by the courts for this purpose, he have not responsed to my letter now any of my family members, I will write him again on Monday, and I will also send you a copy, Thanks for your time, please answer.

Sincerely
William H Freeman

William Hayward Freeman, Sr.
Polunsky Unit, T.D.C.J-ID#1878813
3872 F.M. 350 South
Livingston, Texas 77351

Attorney at Law                    Nov. 19, 2015
Thomas A Martin
1018 Preston St. Suite 500
Houston, Texas 77002

Re: Post-Conviction D.N.A. testing of case No.
1322259; State V. Freeman; 182nd Judicial District Court of
Harris County, Texas

Dear Mr. Martin:

    I recieved your letter dated 11/10/2015 on the 16th of November, 2015, finding out that the 182nd judicial district Court of Harris County, Texas has appointed you to represent me in my post-conviction D.N.A. testing. I will work with you in anyway that I know how.

    My theory of my case, I am innocense, and was convicted of a crime I did not commit: (A) The prosecutor knowingly used false testimony by Jose Sanchez related to an interview he claimed he had allegedly had with the complainant Sister; (B) The complainant Sister Daja Frye (3RR23) testified she has no recollection of ever having any conversation with Officer Jose Sanchez, she also stated she never went to the hospital; (C) The court also allowed simular testimony from officer Elizabeth Hanson, who did the follow-up on officer Jose Sanchez report which was false, so her report will be false also; (D) (4RR43-45) The complainant said nothing happened, nothing happened, nothing happened, again (4RR33-34) the complainant said, nothing happened, nothing happened, nothing happened; (E) (6RR27-28) The complainant went to the bedroom where Mr. Freeman was in bed, and asked him if it was

OKay to watch T.V. and when I got in bed with him, that's exactly where you would likely find semen, because me and her grandmother has been in that bed all morning; (F) This issue also goes to the right to confront the witness because applicant was denied the opportunity to question the person on the manor in which they took to avoid contamination; (G) whether it was packaged in the same container they placed it in; (H) also to identify any identification marks, but mainly to testify whether or not the complainant was the person swabed for the D.N.A. Specimen.

I am asking for all items for D.N.A. testing to be retested, the type and Name of Database used, the name of person or peoples doing and finish with the test, also the dates and time the test begin, and the time the test was finished, and the results, and precentage of mixture interpretation protocols.

I am calling your attenion to the notice of impact of F.B.I. Database errors on D.N.A. Mixture interpretation. The Harris County District Attorney's office has recently learned of changes to D.N.A. Mixture interpretation protocols that may have a material impact on criminal cases. The Changes in protocols have occured at our local forensic laboratories within the pass five years. while unrelated to the F.B.I. updated STR population statistics, the issue Came to light when the statistical, recalculations were signing new reports, they were required to revise previously obtained mixture results (based on old protocols) with results utilizing their current protocols, Due to Texas Laboratories changing their interpretation protocols, and related procedures using C.P.I or /C.P.E., the Laboratories current mixture protocols may lead to different results. From Texas Forenic Service Commission is informing you that D.N.A. Laboratory may not have properly given accurate results in my case.

The reason for the inaccurate results are from or because of the involvement of so called "Multiple Contributors" present during the process. Due to substantial Variance in mixture interpretations among Laboratories, efforts have ultimately resulted in a revised standard Operating procedure for Laboratories in Texas. Due to the fact that the D.N.A. presented in my Case was processed or calculated after 1999. There Could be discrepancies in its findings. Due to the Texas Forensic Science Commission currently in the process of assembling a panel addressing the challenging area of D.N.A. Mixture Interpretation.

The potential impact of these new protocols on Criminal cases is still unknown; however, it has understandably raised concern for both scientists and lawyers within the Criminal Justice System. For a detailed explanation of this complex issue and the work that is being done in response to it.

I'm not trying to be an attorney, but just wanted to help out by sharing what I have learned, please let me know that you recieved this letter with your thoughts.

Sencerly,
William Hayward Freeman, Sr.

## PRAYER

THEREFORE PREMISES CONSIDER, APPELLANT, pray respectfully requesting that the court of Appeal will except this letter in Order for my attorney (court appointed) Mr. Thomas A. Martin, to fullfill the duties that was instructed him to do, by the 182nd District Court of Harris County, Texas, and to fullfill what I have asked him to do, and to complete the D.N.A. testing before the court of Appeal make the final decision on my application for 11.07 Writ of Habeas Corpus.

## CERTIFICATE OF SERVICE

The Defendant, I William Hayward Freeman, Sr. do declare under the penalty of prejury that the above is true and correct, and that this was prepared while I was in my right state of mind, and is placed in the U.S. Mail to the clerk for the Court of Appeal, to Mr. Abel Acosta at, P.O. Box 12308, Austin, Texas 78711, Executed on the 11th day of December, 2015 at the Allen B. Polunsky Unit, 3872 F.M. 350 South, Livingston, Texas, 77351

_William Hayward Freeman, Sr._

William Hayward Freeman, Sr.